UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,   )
                            )
        Plaintiff,           )
                            )
    v.                       )     3:12-CR-032-LRH-(WGC)
                            )
ADOLPH VYTAUTAS STANKUS, III,)
                            )
        Defendant.           )

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on October 16, 2012, defendant ADOLPH VYTAUTAS STANKUS pled guilty to Counts One, Two, and Three of a Three-Count Superseding Criminal Indictment charging him in Counts One and Three with Interference with Commerce by Armed Robbery in violation of Title 18, United States Code, Section 1951; and in Count Two with Use of a Firearm During and in Relation to a Crime of Violence in violation of Title 18, United States Code, Section 924(c)(1)(A). Superseding Indictment, ECF No. 24; Change of Plea Minutes, ECF No. 37; Plea Memorandum, ECF No. 38.

This Court finds defendant ADOLPH VYTAUTAS STANKUS agreed to the forfeiture of the property set forth in Forfeiture Allegation of the Superseding Criminal Indictment and in the Plea Memorandum. Superseding Indictment, ECF No. 24; Change of Plea Minutes, ECF No. 37; Plea Memorandum, ECF No. 38.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the

Superseding Criminal Indictment and the Plea Memorandum and the offense to which defendant ADOLPH VYTAUTAS STANKUS pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c):

1. a Taurus, model known as "The Judge" revolver, serial number DZ340696; and
2. any and all ammunition ("property).

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of ADOLPH VYTAUTAS STANKUS in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, Bruce R. Thompson U.S. Courthouse and Federal Building, 400 South Virginia Street, 3rd Floor, Reno, NV 89501.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

Greg Addington
Assistant United States Attorney
100 West Liberty Street, Suite 600
Reno, NV 89501

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 23rd day of October, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE